UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>            v.<br><br>BUSINESS LOANS EXPRESS, LLC (f/k/a BUSINESS LOANDS EXPRESS INC.); BUSINESS LOAN CENTER, LLC (f/k/a BUSINESS LOAN CENTER, INC.); ROBERT TANNENHAUSER; MATTHEW MCGEE; and GEORGE HARRIGAN,<br><br>   Defendants. | **Case No.** 07cv4725<br><br>Hon. Robert W. Sweet<br><br>**DEFENDANTS BUSINESS LOAN EXPRESS, LLC AND BUSINESS LOAN CENTER, LLC'S RULE 7.1 CORPORATE DISCLOSURE** |

     Pursuant to Fed. R. Civ. P. 7.1(a), Defendants Business Loan Express, LLC and Business Loan Center, LLC, by and through their attorneys, hereby state and disclose to the Court and counsel that Business Loan Express, LLC has no parent company. Allied Capital Corporation, a publicly held corporation, owns ten percent or more of the stock of Business Loan Express, LLC. Business Loan Express, LLC is the parent company of Business Loan Center, LLC. No publicly held corporation owns ten percent or more of the stock of Business Loan Center, LLC.

DATED: June 22, 2007

                           Respectfully submitted,

                           DICKSTEIN SHAPIRO LLP

                           By:   /s/ Joseph F. Fields
                               Joseph F. Fields
                               John P. Winsbro
                               Rachel Wrightson
                               *Attorneys for* Defendants
                               1177 Avenue of the Americas
                               New York, NY 10036-2714
                               (212) 277-6500