



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIAN HARBOR INSURANCE COMPANY,

    Plaintiff,

v.

BUSINESS LOANS EXPRESS, LLC (f/k/a
BUSINESS LOANDS EXPRESS INC.);
BUSINESS LOAN CENTER, LLC (f/k/a
BUSINESS LOAN CENTER, INC.); ROBERT
TANNENHAUSER; MATTHEW MCGEE; and
GEORGE HARRIGAN,

    Defendants.

Case No. 07cv4725

Hon. Robert W. Sweet

**STIPULATION TO ADJOURN
TIME TO FILE
ANSWERING PAPERS**

IT IS HEREBY STIPULATED AND AGREED, that the Plaintiff Indian Harbor Insurance Company ("Indian Harbor") and Defendants, Business Loans Express, LLC (f/k/a Business Loans Express Inc.); Business Loan Center, LLC (f/k/a Business Loan Center, Inc.); Robert Tannenhauser; Matthew McGee; and George Harrigan, hereby adjourn the time to file answering papers to the Complaint filed by Indian Harbor on June 4, 2007 from July 6, 2007 to July 20, 2007.

DATED: June 19, 2007

WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

By: _____
Edward J. Boyle (EB-4515)
Peter J Larkin (PL-9645
150 E. 42nd Street
NY, NY 10017
Tel: (212) 490-3000

*Attorneys for* Plaintiff

DICKSTEIN SHAPIRO LLP

By: _____
Joseph F. Fields (JF-0040)
1177 Avenue of the Americas
New York, NY 10036-2714
Tel: (212) 277-6500

*Attorneys for* Defendants

SO ORDERED:

_____
RICHARD M. BERMAN, U.S.D.J.
6/26/07

DOCSNY-254277v01