

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BUSINESS LOANS EXPRESS, LLC (f/k/a BUSINESS LOANDS EXPRESS INC.); BUSINESS LOAN CENTER, LLC (f/k/a BUSINESS LOAN CENTER, INC.); ROBERT TANNENHAUSER; MATTHEW MCGEE; and GEORGE HARRIGAN, <br><br> Defendants. | Case No. 07cv4725 <br><br> Hon. Robert W. Sweet <br><br> **STIPULATION TO ADJOURN TIME TO FILE ANSWERING PAPERS**    7/19/07 |

IT IS HEREBY STIPULATED AND AGREED, that the Plaintiff Indian Harbor Insurance Company ("Indian Harbor") and Defendants, Business Loans Express, LLC (f/k/a Business Loans Express Inc.); Business Loan Center, LLC (f/k/a Business Loan Center, Inc.); Robert Tannenhauser; Matthew McGee; and George Harrigan, hereby adjourn the time to file answering papers to the Complaint filed by Indian Harbor from July 20, 2007 to August 3, 2007. This is a second adjournment. The original date to file answering papers, July 6, 2007, was adjourned by stipulation agreed to by the parties and so ordered by Judge Richard M. Berman on June 26, 2007.

DATED: July 16, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Edward J. Boyle
150 E. 42nd Street
New York, NY 10017
Tel: (212) 490-3000

DICKSTEIN SHAPIRO LLP

By: _____
Joseph F. Fields
1177 Avenue of the Americas
New York, NY 10036-2714
Tel: (212) 277-6500

SO ORDERED:
RMB  Part I
_____
RICHARD M. BERMAN U.S.D.J.
7/19/07

1

DOCSNY-256213v01

| | |
|---|---|
| *Attorneys for* Plaintiff Indian Harbor Ins. Co. | *Attorneys for* Defendants Business Loans Express, LLC (f/k/a Business Loans Express Inc.), Business Loan Center, LLC (f/k/a Business Loan Center, Inc.), Robert Tannenhauser and Matthew McGee |

SCHERTLER & ONORATO, LLP

By: /s/ Robert J. Spagnoletti
Robert J. Spagnoletti
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C. 20004-2601
Tel: (202) 628-4199

*Attorneys for* Defendant George Harrigan

2