Sweet, S.



RECEIVED JUL 18 2007 JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BUSINESS LOANS EXPRESS, LLC (f/k/a BUSINESS LOANDS EXPRESS INC.); BUSINESS LOAN CENTER, LLC (f/k/a BUSINESS LOAN CENTER, INC.); ROBERT TANNENHAUSER; MATTHEW MCGEE; and GEORGE HARRIGAN, <br><br> Defendants. | Case No. 07cv4725 <br><br> Hon. Robert W. Sweet <br><br> **STIPULATION TO ADJOURN TIME TO FILE ANSWERING PAPERS** |

7/24/07

IT IS HEREBY STIPULATED AND AGREED, that the Plaintiff Indian Harbor Insurance Company ("Indian Harbor") and Defendants, Business Loans Express, LLC (f/k/a Business Loans Express Inc.); Business Loan Center, LLC (f/k/a Business Loan Center, Inc.); Robert Tannenhauser; Matthew McGee; and George Harrigan, hereby adjourn the time to file answering papers to the Complaint filed by Indian Harbor from July 20, 2007 to August 3, 2007. This is a second adjournment. The original date to file answering papers, July 6, 2007, was adjourned by stipulation agreed to by the parties and so-ordered by Judge Richard M. Berman on June 26, 2007.

DATED: July 16, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Edward J. Boyle
Edward J. Boyle
150 E. 42nd Street
New York, NY 10017
Tel: (212) 490-3000

DICKSTEIN SHAPIRO LLP

By: /s/ Joseph F. Fields
Joseph F. Fields
1177 Avenue of the Americas
New York, NY 10036-2714
Tel: (212) 277-6500

1

DOCSNY-256213v01

*Attorneys for* Plaintiff Indian Harbor Ins. Co.

*Attorneys for* Defendants Business Loans Express, LLC (f/k/a Business Loans Express Inc.), Business Loan Center, LLC (f/k/a Business Loan Center, Inc.), Robert Tannenhauser and Matthew McGee

SCHERTLER & ONORATO, LLP

By: *[signature]*
Robert J. Spagnoletti
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C. 20004-2601
Tel: (202) 628-4199

*Attorneys for* Defendant George Harrigan

SO ORDERED.

*[signature]* Sweet
U.S.D.J.
7-20-07

DOCSNY-256213v01