# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK
### Index No. 07 CV 4725

**INDIAN HARBOR INSURANCE COMPANY,**
### Plaintiff,

-against-

**BUSINESS LOAN EXPRESS, LLC,**
**F/K/A BUSINESS LOAN EXPRESS, ET AL,**
### Defendant.

**State Of New York, County Of New York SS:**
**ROBIN RAMSON**
Being duly sworn, deposes and says, that he is over the age of 18 years, is not party to this action and resides at New York.

That on the 13TH day of **JUNE 2007** At: **10:15 AM**

At: **1633 BROADWAY, NEW YORK, NEW YORK 10019**

Deponent served the annexed: **SUMMONS IN A CIVIL CASE, PLAINTIFF INDIAN HARBOR INSURANCE COMPANY'S RULE 7'1 STATEMENT AND COMPLAINT FOR DECLARATORY JUDGMENT**

Upon: **BUSINESS LOAN CENTER, LLC**

### PERSONAL SERVICE ON A LIMITED LIABILITY COMPANY
A limited liability company, by delivering thereat a true copy to **LEONARD RUDOLPH (V.P.)** personally; who stated, that he is the individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **GRAY** App. Age: **40** App. Ht: **6'3"** App. Wt. **200**
Other identifying features:

**ROBIN RAMSON 945-345**

Sworn to before me this 14TH
day of **JUNE 2007**

**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008