# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CV 4725

*INDIAN HARBOR INSURANCE COMPANY,*
          *Plaintiff,*

   -against-

*BUSINESS LOAN EXPRESS, LLC,*
*F/K/A BUSINESS LOAN EXPRESS, ET AL,*
          *Defendant.*

**State Of New York, County Of New York SS:**
**ROBIN RAMSON**
Being duly sworn, deposes and says, that he is over the age of 18 years, is not party to this action and resides at New York.

That on the 13^(TH) day of JUNE 2007 At: 10:15 AM

At: 1633 BROADWAY, NEW YORK, NEW YORK 10019

Deponent served the annexed: SUMMONS IN A CIVIL CASE, PLAINTIFF INDIAN HARBOR INSURANCE COMPANY'S RULE 7'1 STATEMENT AND COMPLAINT FOR DECLARATORY JUDGMENT

Upon: BUSINESS LOAN EXPRESS, LLC

### PERSONAL SERVICE ON A LIMITED LIABILITY COMPANY
A limited liability company, by delivering thereat a true copy to **LEONARD RUDOLPH (V.P.)** personally; who stated, that he is the individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **GRAY** App. Age: **40** App. Ht: **6'3"** App. Wt. **200**
Other identifying features:

ROBIN RAMSON 945-345

Sworn to before me this 14^(TH)
day of JUNE 2007

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008