# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK
_____ Index No. 07 CV 4725

**INDIAN HARBOR INSURANCE COMPANY,**
                          *Plaintiff,*

     *-against-*

**BUSINESS LOAN EXPRESS, LLC,**
**F/K/A BUSINESS LOAN EXPRESS, ET AL,**
                          *Defendant.*

---

**State Of New York, County Of New York SS:**
**JAMES CAGNEY**
Being duly sworn, deposes and says, that he is over the age of 18 years, is not party to this action and resides at New York.

That on the **13TH** day of **JUNE 2007** At: **7:40 PM**

At: **1 WEST 81ST STREET, NEW YORK, NEW YORK 10024**

Deponent served the annexed: **SUMMONS IN A CIVIL CASE, PLAINTIFF INDIAN HARBOR INSURANCE COMPANY'S RULE 7'1 STATEMENT AND COMPLAINT FOR DECLARATORY JUDGMENT**

Upon: **ROBERT TANNENHAUSER**

    **308 (2) ALTERNATIVE METHOD (SUITABLE AGE PERSON)**
    By delivering thereat a true copy to **ERNEST ZAGAR (DOORMAN)** a person of suitable age and discretion. Said premises are defendant's last known residence within the state.

    **MAILING**
    **ON JUNE 14TH, 2007** - Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to **ROBERT TANNENHAUSER 1 WEST 81ST STREET, APT. 21D, NEW YORK, NEW YORK 10024** defendant's last known residence-and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York.

    **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
    Sex: **MALE** Color: **WHITE** Hair: **BROWN** App. Age: **32** App. Ht: **5'6"** App. Wt. **140**
    Other identifying features:

Sworn to before me this 14TH
day of **JUNE 2007**

*JOLANTYNA CAGNEY*
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008

JAMES CAGNEY 124-0081