UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>                                  Plaintiff,<br><br>– v. –<br><br>BUSINESS LOAN EXPRESS, LLC (f/k/a BUSINESS LOAN EXPRESS, INC.); BUSINESS LOAN CENTER, LLC (f/k/a BUSINESS LOAN CENTER, INC.); ROBERT TANNENHAUSER; MATTHEW McGEE; and GEORGE HARRIGAN<br>                                  Defendants. | **Affirmation of Service**<br><br>Civil Action No.: 07-cv-4725 |

      I, JILL F. SPIELBERG, an attorney duly admitted to practice in the State of New York declare under penalty of perjury that on June 12, 2007, I served a true and correct copy of the annexed Summons in a civil case, Plaintiff Indian Harbor Insurance Company's Rule 7.1 Statement, the Complaint for Declaratory Judgment and a Waiver of Service, in the matter captioned INDIAN HARBOR INSURANCE COMPANY V. BUSINESS LOAN EXPRESS LLC (f/k/a Business Loan Express, Inc); BUSINESS LOAN CENTER LLC (f/k/a Business Loan Center, Inc.); ROBERT TANNENHAUSER; MATTHEW MCGEE; AND GEORGE HARRIGAN, Case No. 07-cv-4725 by Certified Mail, Return Receipt Requested, by causing same to be deposited in sealed, properly addressed wrappers, with sufficient postage, in a depository under the exclusive care and custody of the U.S. Postal Service located within the State of New York, addressed to the following:

**CERTIFIED MAIL**
<u>RETURN RECEIPT 7160 3901 9849 5179 8586</u>
R. Matthew McGee
101 Thomashire Ct., Richmond, VA 23229-7792

**CERTIFIED MAIL**
<u>RETURN RECEIPT: 7160 3901 9849 9771 9774</u>
George Harrigan
Tee Pee Circle, Pocono Lake, PA 18347-9618

Dated:    New York, New York
               June 12, 2007

                                                         By: _____
                                                                 Jill F. Spielberg

1754559.1