## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss:
COUNTY OF NEW YORK       )

      Maria Arlistico being duly sworn, deposes and says: That deponent is not a party to the within action, is over 18 years of age, and resides in Brooklyn, New York:

      That on the 29th day of June 2007 deponent served the within:

<u>Summons in a civil case</u>
<u>Plaintiff Indian Harbor Insurance Company's Rule 7.1 Statement</u>
<u>The Complaint for Declaratory Judgment and a Waiver of Service</u>

UPON:

**<u>VIA CERTIFIED MAIL \*\*7160-3901-9849-5179-8616\*\*</u>**
**<u>RETURN RECEIPT REQUESTED</u>**

George M. Harrigan
HC 88 Box 497
Pocono Lake, PA 18347-9618

at the addresses designated by said attorney for that purpose by depositing a true copy of same enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                                  Maria Arlistico

Sworn to before me this
29th day of June 2007

_____
Notary Public

MARCIA SAUNDERS
NOTARY PUBLIC, State of New York
No. 31-4717571
Qualified in New York County
Commission Expires May 31, 2010

2889291 1A