

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
Indian Harbor Insurance Company,

             Plaintiff(s)

vs.

07 Civ. 4725 (RWS)

**ORDER**

Business Loan Express, LLC,
Business Loan Center, LLC,
Robert Tannenhauser,
Matthew McGee, George Harrigan.

             Defendant(s)

---

Business Loan Express, LLC,
Business Loan Center, LLC,
Robert Tannenhauser,
Matthew McGee,

             Counter Claimant(s)

vs.

Indian Harbor Insurance Company.

             Counter Defendant(s)

Pursuant to the letter submitted to the Court by counsel for
plaintiff dated October 30, 2007 and the Court having been
advised that this action is settled, IT IS ORDERED that the Clerk
of the Court terminate all pending motions and the action is
dismissed.

**IT IS SO ORDERED.**

New York, N. Y.

DATE: /2 - 4 - 07

                         ROBERT W. SWEET
            **UNITED STATES DISTRICT JUDGE**